U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2016 OCT -4 P 2: 23
JON W. SANFILIPPO
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 16-CR-163 <br> [18 U.S.C. § 1709] |
| MATTHEW M. WILLIAMS, | |
| Defendant. | |

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1. On or about August 3, 2014, in the State and Eastern District of Wisconsin,

**MATTHEW M. WILLIAMS,**

being a United States Postal Service employee, stole the contents of a first class letter, addressed as described below, which letter and its contents had been entrusted to defendant and which had come into his possession intended to be conveyed by mail.

2. The letter is more fully described as being addressed to an individual with the initials "G.S.," with a mailing address on Grand Avenue in Mayville, IL, and a return address on W. Juneau Street in Hustisford, WI.

All in violation of Title 18, United States Code, Section 1709.

## COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

1.  On or about August 3, 2014, in the State and Eastern District of Wisconsin,

**MATTHEW M. WILLIAMS,**

being a United States Postal Service employee, stole the contents of a first class letter, addressed as described below, which letter and its contents had been entrusted to defendant and which had come into his possession intended to be conveyed by mail.

2.  The letter is more fully described as being addressed to an individual with the initials "A.K.," with a mailing address on Hawks Ridge Drive in Hubertus, WI, and a return address on E. Evandale Drive in Oak Creek, WI.

All in violation of Title 18, United States Code, Section 1709.

A TRUE BILL:

FOREPERSON

Date: 10-4-16

_____
GREGORY J. HAANSTAD
United States Attorney